IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-348 |
| | ) | |
| ANTHONY FRANELL | ) | |

### ORDER OF COURT

AND NOW, to-wit, this 25th day of April, 2011, upon consideration of the within Motion to Extend Geographical Conditions of Release, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED; it is FURTHER ORDERED that the defendant's conditions of release are modified to permit Mr. Franell to travel to Rochester, Minnesota between April 26, 2011 and May 7, 2011. Mr. Franell shall remain in contact with Pretrial Services as directed.

_____
Gary L. Lancaster
Chief United States District Judge

cc: Counsel of Record